**Electronically Filed**
**Supreme Court**
**SCWC-15-0000431**
**01-DEC-2015**
**12:06 PM**

SCWC-15-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———

AMBROSE S. FERNANDEZ, JR.,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI; DEPARTMENT OF PUBLIC SAFETY – SHERIFF DIVISION;
DEPUTY SHERIFF MAURICE RICE, in his official capacity as deputy
sheriff; DEPUTY ATTORNEY GENERAL MATTHEW DVONCH, in his official
capacity as deputy attorney general,
Respondents/Defendants-Appellees.

———

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000431; CIV. NO. 14-1-0097-01)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on

October 20, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 1, 2015

Ambrose S. Fernandez, Jr.          /s/ Mark E. Recktenwald
petitioner pro se
                                   /s/ Paula A. Nakayama

                                   /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson